```
U.S. DISTRICT COURT
DISTRICT OF VERMONT
     FILED
2024 JUN 11 PM 1:42
        CLERK
BY _____
       DEPUTY CLERK
```

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Docket No. |
| ENMANUEL CASTILLO, Defendant. | 2:24-cr-60-1 |

## INFORMATION

The United States Attorney charges:

### COUNT ONE

Between in or about April of 2022 and May of 2022, in the District of Vermont and elsewhere, the defendant, ENMANUEL CASTILLO, did knowingly combine, conspire, and agree with other persons known and unknown, to commit an offense against the United States in violation of Title 18, United States Code, Section 1956, to wit: to knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is monetary funds, knowing that the transactions were designed in whole or in part to promote the carrying on of the specified unlawful activity, namely, wire fraud, in violation of 18 U.S.C. § 1343, and that while conducting and attempting to conduct such financial transactions knew that the monetary funds involved in the financial transactions represented the proceeds of some form of unlawful activity.

(18 U.S.C. §§ 1956(h), 1956(a)(1)(A)(i))

*Nikolas P. Kerest*

NIKOLAS P. KEREST
United States Attorney
Burlington, Vermont
June 11, 2024